IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 07 2010
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

TERRI K. HANNA                                                      PLAINTIFF

v.                          CIVIL NO. 10-2006

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find that the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as an indigent. The Clerk is hereby directed to file the complaint *nunc pro tunc* as of January 6, 2010.

Plaintiff's *in forma pauperis* application will be returned without filing. The application indicates that Plaintiff's only source of financial support is her husband's salary. However, the application does not specify the nature of her husband's employment or his take-home wages. As such, the Clerk is directed to return the application to Plaintiff's counsel with directions to provide more specific information regarding Plaintiff's husband's employment. Plaintiff is hereby directed to file this amended application on or before January 21, 2010. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 7th day of January, 2010.

_____
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)