IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERRI K. HANNA                                                              PLAINTIFF

      v.                                         CIVIL NO. 10-2006

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT

**O R D E R**

On January 7, 2010, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis.* (Doc. #1). Subsequently, an order was issued directing the clerk to provisionally file the complaint prior to a determination regarding Plaintiff's status as an indigent. (Doc. #2). Pursuant to the order, Plaintiff submitted an amended *in forma pauperis* application on January 20, 2010. (Doc. #4). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* be granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of January 6, 2010. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security thereof. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 20th day of January 2010.

                                                                                        */s/ J. Marschewski*
                                                          HON. JAMES R. MARSCHEWSKI
                                                          CHIEF U.S. MAGISTRATE JUDGE