```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

TERRI K. HANNA                                          PLAINTIFF

       v.          Civil No. 10-2006

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

## J U D G M E N T

Now on this 14th day of January, 2011, comes on for consideration the Report and Recommendation dated December 27, 2010, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. (Doc. 13). Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

    IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                              HONORABLE ROBERT T. DAWSON
                              UNITED STATES DISTRICT JUDGE